United States District Court
Southern District of Indiana
Terre Haute Division

Willard Purvis
Plaintiff

v.

ARAMARK Corp., et al.,
Defendants

Cause No.
JURY TRIAL DEMANDED

SCANNED at WVCS and Emailed on 3-5-14 by BH — 10 pages.

2:14-cv-0055-JMS-DKL

## Complaint

### I. Parties

The name(s) and address(es) of the plaintiff and each defendant are as follows:

A. Plaintiff

Willard Purvis
Department of Correction (I.D.O.C.), Wabash Valley Correctional Facility (WVCF) #985367
P.O. Box 1111, Carlisle, IN 47838

B. Defendants

1) ARAMARK Corp.
1101 Market Street
Philadelphia, PA 19107

2) Corizon Medical Services (formerly Correctional Medical Services)
12470 Olive Blvd., P.O. Box 419052
St. Louis, MO 63141-9052

3) Eric Foss,
Chief Executive Officer, ARAMARK Corp.
1101 Market St., Philadelphia, PA 19107

4) Mrs. Gray
Director of Nursing and Medical Services for Corizon Medical Services at Wabash Valley Correctional Facility
6908 South Old U.S. Highway 41, P.O. Box 500, Carlisle, IN 47838

5) Mrs. Bock
Director of Food Services for ARAMARK Corp. at Wabash Valley Correctional Facility
6908 South Old U.S. Highway 41, P.O. Box 500, Carlisle, IN 47838

6) Mr. Bedwell

1

Director of Food Services for ARAMARK Corp. at Wabash Valley Correctional Facility 6908 South Old U.S. Highway 41, P.O. Box 500, Carlisle, IN 47838

## II. Statement of Jurisdiction And Previous Lawsuits

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because this Court has jurisdiction over Plaintiff's federal claims pursuant to U.S.C. §§ 1331 and 1343(a)(3).

I previously attempted on Wednesday, January 23, 2013 to file a 1983 Civil Rights Complaint in the Marion County Circuit Court. In this Complaint the Defendants were as listed above except for Mr. Bedwell. Having heard nothing from the Circuit Court Clerk on August 21, 2013 I wrote a letter requesting that the case be screened, filed, and assigned to a Judge. I received no response to this letter. On Monday, December 23, 2013, I wrote a notarized letter asking that my complaint either be screened or released so I could file this complaint with another Court. On Monday, January 27, 2014, I received a letter from the Marion County Clerk, Mrs. White, informing me I needed "Orders" to file my Complaint in the Marion County Circuit Court. At that time I began writing this Complaint and accompanying Motions to be filed in the U.S. District Court. But due to the fact that I ran out of writing paper and since I'm indigent I can't buy any, I had to suspend the completion of this Complaint until I got writing paper from the Counselor. So now I'm filing this Complaint upon its completion.

## III. Cause of Action

State your constitutionally protected federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard:

1) My Constitutionally protected Eighth Amendment Right have been and are currently, being violated by the above named Defendants. They are refusing me an allergy diet. By refusing this diet my caloric

daily intake is insufficient to sustain me without daily hunger pains. These pains are constant when I don't have money to purchase from the facility canteen. And when I'm unable to purchase from the canteen, due to lack of funds my weight drops drastically because I'm unable to eat large amounts of the food on the trays every day.

## IV. Statement of Facts

Prior to coming to the Wabash Valley Correctional Facility in 2010, while I was at the Pendleton Correctional Facility I wrote a Grievance about not getting an allergy diet. At that time ARAMARK Corp. had been supplying food for Indiana Department of Correction (I.D.O.C) facilities for a short amount of time. At this time ARAMARK Corp. with the cooperation of Correctional Medical Services came out with a memo stating that prisoners who were currently receiving medically approved allergy diets would have a short amount of time to provide documentation of allergy testing or a documentation allergy reaction, or their diets would be discontinued. I tried to get a copy of my allergy test but was informed that my pediatrician who did the test was a private doctor and had passed away years ago and his records were unavailable to me. I did have one documented allergic reaction while at Pendleton Correctional Facility when I ate a new food product without total investigation. I got a copy of this and provided it to the people who were reviewing the diets. I was subsequently denied an allergy diet. I then filed my Level I and eventually when it was denied I filed my Level II Grievance Appeal. When it was denied I wrote to Eric Foss and the Medical Department at Pendleton Correctional Facility. I never heard back from Mr. Foss. But I did receive a response from the Medical Department that told me to "avoid allergy trigger." At this time since I was in General Population it was not problem to avoid certain foods or condiments since the food trays in the chow halls are pretty neat and uniform.

Upon my arrival in the Custody Control Unit at the Wabash Valley Correctional Facility in May 2011 I wrote Mrs. Bray and Mrs. Buck a request about trying to get back on an allergy diet. I explained to both of them that being in a "segregated unit" that the food trays I received were not neat or uniform when I received them. Many times

3

the entries and side dishes were mixed together. And anytime we got condiments on a food tray they were not individually pre-packaged so they were just placed in different areas on the food trays. Also due to the small window of time that is given to food service employees to prepare these food trays they are rushed and many times the food and condiments are dropped on other items in the food tray. Also before I receive my trays they are usually juggled and jostled around. This also mixes the food together, and the condiments in with the food. Shortly thereafter I was visited in my cell by an ARAMARK Food Service employee who told me I would not be getting any allergy diet tray. I informed the ARAMARK Food Service employee and the Counselor (who accompanied him to my cell) that I was going to file a Grievance. The Counselor told me that I could not grieve this issue because I had already exhausted all "avenues" that were "available" to me on this "subject". I then wrote to the Grievance Specialist, Mrs. Littlejohn, and told her I was unable to get a grievance from the Counselor and that I still wanted to grieve this. I did not receive a response for weeks. When I did receive a response it stated that the issue would be referred to my (new) Unit Team Manager. I never heard anything else on this.

While I was in CCU I also wrote another letter to Mr. Foss explaining my situation and that while in "General Population" I could avoid certain foods and condiments. But while I was in segregated units this was impossible. I never received a response.

Finally, on January 23, 2014 I saw on the Institutional Information T.V. "Report" that Wabash Valley Correctional Facility had a new Food Services Director named Mr. Bedwell. So on January 24th I wrote him a letter outlining my diet. I also told him of the condition of the food trays when I received them, and that it was impossible to "avoid" certain food becaused they were mixed together. I also told him that because of this I had to "avoid" most of my food trays, daily. I never have received a response back.

## V. Relief

I'm seeking compensatory, actual, nominal, and punitive damages from all named Defendants

4

in their Individual and Official Compacitidies in the total of $65,000.00.

Also I'm seeking an injunction against ARAMARK Corp. that they serve me meals consistent with my allergy diet.

### Affirmation of Plaintiff

I, Willard Purvis, the Plaintiff, in the aforementioned case, do affirm that I have read all the statements contained in this complaint and I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 27th day of February, 2014.

Willard L. Purvis
Plaintiff